

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2018

No. 04-18-00486-CR

Robert **ROMERO**,
Appellant

v.

**STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 562296
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. We ORDER appellant to file his brief on or before December 7, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2018.

_____
Keith E. Hottle
Clerk of Court